SAMUEL H. BAXTER et al., executors of Samuel G. Baxter, deceased, appellants,

*v.*

LAURA BAXTER et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Baxter* v. *Baxter, 16 Stew. Eq. 82.*

*Messrs. Whitehead & Condit,* for appellants.

*Mr. Charles Borcherling* and *Mr. Edwin A. Rayner,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the Vice-Chancellor.